No. 94–7368. CONTRERAS v. LUNGREN, ATTORNEY GENERAL OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–7370. IRVING v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–7371. BURCH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–7372. BALL v. SCOTT ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–7374. STEPHEN v. CAUGHEY ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7375. MONGA v. SOMMER. App. Ct. Mass. Certiorari denied.

No. 94–7376. LARSON v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 94–7378. ORNELAS-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7380. PORTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7381. LACIO v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7382. RUSSELL v. GUNN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–7383. STONER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7384. WATKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7385. WELCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7386. ZUCKERMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7387. HALLUMS v. HAMBRICK, WARDEN. C. A. 6th Cir. Certiorari denied.